UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDINO GARCIA PICHARDO *et al.*,

                            Plaintiffs,

-v-

BOSTON POST FOOD CORP. *et al.*,
                            Defendants.

22-CV-9157 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This case was closed in error.  The Clerk of Court is directed to reopen the case, and note that plaintiff ERIC RATZLAFF hereby voluntarily dismisses all claims in this action without prejudice as to Defendants BOSTON POST FOOD CORP. d/b/a C-TOWN, 57JR FOODS CORP d/b/a C TOWN SUPERMARKET, and C TOWN SUPERMARKETS 1-20, without costs or attorneys fees to any party.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge