UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECUNDINO GARCIA PICHARDO, *et al.*,

                                    Plaintiffs,

                -v-

BOSTON POST FOOD CORP., *et al.*,
                                    Defendants.

22-CV-9157 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A telephone hearing on the Order to Show Cause at ECF No. 54 was held on December 6, 2023.  Defendant Boston Post Food Corp. did not appear and has not had new counsel appear on the docket.  Defendant is granted one final opportunity to have new counsel appear on the docket by January 22, 2024.  Failure to do so will result in default judgment against Defendant. Plaintiffs shall file any motion for default judgment against Defendant by February 21, 2024.

Counsel for Defendant, Gregory Scot Lisi, Lisa M. Casa, and their firm, Forchelli, Deegan & Terrana LLP, are hereby relieved as counsel for Defendant.  Counsel for Defendant is directed to provide a copy of this order to Defendant.

The Clerk of Court is directed to terminate Gregory Scot Lisi and Lisa M. Casa as counsel for Defendant on ECF.

SO ORDERED.

Dated:  December 7, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge