UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECUNDINO GARCIA PICHARDO, *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>BOSTON POST FOOD CORP., *et al.*,<br>                    Defendants. | 22-CV-9157 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    All parties and counsel for all parties are directed to appear for a telephone conference to address Plaintiffs' motions at ECF Nos. 71 and 78 on September 16, 2024, at 11:00 a.m. At the scheduled time, all parties and counsel for all parties are directed to dial (888) 557-8511 and enter passcode 9300838.

    Plaintiffs are directed to serve this order on Defendants on or before August 19, 2024.

    SO ORDERED.

Dated: August 12, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge