UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDINO GARCIA PICHARDO, *et al.*,

                Plaintiffs,

-v-

BOSTON POST FOOD CORP., *et al.*,

                Defendants.

22-CV-9157 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

        The telephone conference previously scheduled for September 16, 2024 is ADJOURNED. All parties and counsel for all parties are directed to appear for a telephone conference to address Plaintiffs' motions at ECF Nos. 71 and 78 on October 15, 2024, at 2:30 p.m. At the scheduled time, all parties and counsel for all parties are directed to dial (888) 557-8511 and enter passcode 9300838. Plaintiffs are directed to serve this order on Defendants on or before September 20, 2024.

        SO ORDERED.

Dated: September 13, 2024
       New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge