UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDINO GARCIA PICHARDO, *et al.*,

                Plaintiffs,

-v-

BOSTON POST FOOD CORP.,

                Defendant.

22-CV-9157 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action was commenced on October 25, 2022, by the filing of the Summons and Complaint. Defendant Boston Post Food Corp. failed to continue defending itself in this action and defaulted on February 16, 2024. (ECF No. 62.) Plaintiffs moved for default judgment on April 19, 2024. (ECF No. 78.) Having reviewed Plaintiffs' filings and documentation, the Court GRANTS Plaintiffs' motion for default judgment. The Clerk Court is directed to enter judgment as follows:

1. Plaintiff Secundino Garcia Pichardo shall have judgment entered against Defendant Boston Post Food Corp in the amount of $179,893.14;

2. Plaintiff Emmanuel Diaz shall have judgment entered against Defendant Boston Post Food Corp in the amount of $18,975.09;

3. Plaintiff Jaedin M. Nunez shall have judgment entered against Defendant Boston Post Food Corp in the amount of $31,709.71;

4. The remaining Plaintiff, Eric Ratzlaff, withdrew his claims voluntarily, and his claims are therefore dismissed (*see* ECF No. 20).

    The Clerk of Court is directed to lift the stay of this case, enter judgment as set forth above, terminate the motion at ECF No. 78, and close this case.

Dated: May 21, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge