**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECUNDINO GARCIA PICHARDO, et al.,

                Plaintiffs,

        22 **CIVIL** 9157 (JPO)

       -against-                    **DEFAULT JUDGMENT**

BOSTON POST FOOD CORP.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated May 21, 2025, having reviewed Plaintiffs' filings and documentation, the Court has GRANTED Plaintiffs' motion for default judgment. Judgment is entered as follows: 1. Plaintiff Secundino Garcia Pichardo has judgment entered against Defendant Boston Post Food Corp in the amount of $179,893.14; 2. Plaintiff Emmanuel Diaz has judgment entered against Defendant Boston Post Food Corp in the amount of $18,975.09; 3. Plaintiff Jaedin M. Nunez has judgment entered against Defendant Boston Post Food Corp in the amount of $31,709.71; 4. The remaining Plaintiff, Eric Ratzlaff, withdrew his claims voluntarily, and his claims are therefore dismissed (see ECF No. 20); accordingly, the case is closed.

**DATED**: New York, New York
          May 22, 2025

                                   **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                                **BY**: _K. Mango_
                                      **Deputy Clerk**